# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

In Re:

*U.S. v. Bandele Jones*

) Case No. 1:11-CR-00335 AWI
)
)
)
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum         ( ) Ad Testificandum.

Name of Detainee:     USP Atwater, U.S. Penitentiary
Detained at (custodian):     1 Federal Way, Atwater, CA 95301

Detainee is:   a.)   (X) charged in this district by:
        (X) Indictment     ( ) Information     ( ) Complaint
        Charging Detainee With: **18:1791 & 371 - Conspiracy to Provide an Inmate a Prohibited Object; 18:1791(a)(2) & 1791(b)(1) - Possessing a Prohibited Object While Being an Inmate**

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (**X**) return to the custody of detaining facility upon termination of proceedings
or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:   /s/   Yasin Mohammad
Printed Name & Phone No: Yasin Mohammad / (559) 497-4000
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
        (**X**) Ad Prosequendum         **(** ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

November 21, 2011 at 8:30 a.m.     /s/ Gary S. Austin
Date November 15, 2011     United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | BANDELE JONES | Male X |
| Booking or CDC #: | 03481-088 | DOB: |
| | | Race: Black |
| | | FBI #: |
| Facility Phone: | (209) 386-0257 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____ by _____

        (Signature)

C:\WINDOWS\Temp\notes101AA1\Writ for Ad Prosequendum.FINAL.wpd
Form Crim-48     Revised 11/19/97