Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
148 North 13th, Suite 250
Grover Beach, CA 93433
Telephone: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant, ORONDE JONES

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11CR00335 AWI |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | ORDER |
| | ) | AUTHORIZING WAIVER OF |
| | ) | APPEARANCE |
| ORONDE JONES, | ) | |
| | ) | Date: 12/19//11 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Dept: AWI |

Good cause appearing, it is hereby ordered that Defendant Oronde Jones is

hereby excused from appearing at the court hearing scheduled for December 19,

2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   December 10, 2011        _____

CHIEF UNITED STATES DISTRICT JUDGE

Declaration -- United States of America v. Oronde Jones
Case No. CR-F-11-00335AWI
Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28