# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11CR00335 AWI |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | ORDER |
| | ) | AUTHORIZING WAIVER OF |
| | ) | APPEARANCE |
| ORONDE JONES, | ) | |
| | ) | Date: 01/03/2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Dept: AWI |

Good cause appearing, it is hereby ordered that Defendant Oronde Jones is hereby excused from appearing at the court hearing scheduled for January 3, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 27, 2011     _____
                             CHIEF UNITED STATES DISTRICT JUDGE

Order Authorizing Waiver of Appearance as to Oronde Jones
Case No. CR-F-11-00335AWI
Page 1