```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   JEREMY S. KROGER, Bar # 258956
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   BANDELE JONES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-00335 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE<br>) STATUS CONFERENCE;<br>) ORDER THEREON |
| BANDELE JONES, et al. | ) |
| Defendant. | ) Date: March 19, 2012<br>) Time: 10:00 a.m.<br>) Dept : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for February 13, 2012, **may be continued to March 19, 2012 at 10:00 a.m.**

The parties request this continuance for further defense investigation and plea negotiations. The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: February 7, 2012        By:    /s/ Yasin Mohammad
                                                    YASIN MOHAMMAD
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: February 7, 2012        By:    /s/ Jeremy S. Kroger
                                                    JEREMY S. KROGER
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   Bandele Jones

                                            LAW OFFICE OF STEVEN L. CRAWFORD

DATED: February 7, 2012        By:    /s/ Steven L. Crawford
                                                    STEVEN L. CRAWFORD
                                                   Attorney for Defendant
                                                   Oronde Jones

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   February 8, 2012

                                                                CHIEF UNITED STATES DISTRICT JUDGE