Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Telephone: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant, ORONDE JONES

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-CR-335 AWI |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| | ) | AUTHORIZING WAIVER OF |
| | ) | APPEARANCE |
| ORONDE JONES, | ) | |
| | ) | Date: 3/19/2012 |
| Defendant. | ) | Time: 10:00 a.m. |
| _____ | ) | Dept: AWI |

Good cause appearing, it is hereby ordered that Defendant Oronde Jones is hereby excused from appearing at the court hearing scheduled for March 19, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 14, 2012      _____
                           CHIEF UNITED STATES DISTRICT JUDGE

Declaration -- United States of America v. Oronde Jones
Case No. CR-F-11-00335AWI
Page 1