| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar # 258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
BANDELE JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-00335 AWI |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO VACATE TRIAL DATE |
| v. | ) AND SET FOR CHANGE OF PLEA; ORDER |
| | ) |
| BANDELE JONES, et al. | ) Date: April 30, 2012 |
| | ) Time: 2 p.m. |
| Defendant. | ) Dept : Hon. Anthony W. Ishii |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the trial confirmation hearing set for May 14, 2012 and the jury trial date currently scheduled for May 22, 2012 in the above-captioned matter may be vacated and the case may be set for change of plea.

The request is made by both parties. The basis for the request is that defendant has decided to plead guilty.

**IT IS FURTHER STIPULATED** that the case be set for change of plea hearing on April 30, 2012, at 2 p.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 20, 2012   By: /s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 20, 2012   By: /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Bandele Jones

LAW OFFICE OF STEVEN L. CRAWFORD

DATED: April 20, 2012   By: /s/ Steven L. Crawford
STEVEN L. CRAWFORD
Attorney for Defendant
Oronde Jones

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: April 24, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE