Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant  ORONDE JONES

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11CR00335 AWI |
| | ) | |
| Petitioner, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| ORONDE JONES, et al, | ) | Original Date:    July 9, 2012 |
| | ) | Requested Date: July 30, 2012 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties that the sentencing in the above entitled case be continued from the original date of July 9, 2012 at 8:30 am to a new date of July 30, 2012 at 8:30 am. The basis for this stipulation is there were objections filed by the AUSA in this case that caused the PSR to be changed with a substantial increase in the base offense level, requiring the defense to reconsider the informal and formal objections in this case.  Counsel for the defense has yet to

Stipulation to continue sentencing hearing
United States of America v. Oronde Jones
Page 1

receive the amended PSR but anticipates, based on a discussion with the presentence officer that there will be objections made. In addition, there is some information that counsel has been unable to obtain that would impact the recommendation of a fine in this case and therefore it is requested that the new date of July 30, 2012 be the date set for sentencing in this matter.

DATED: June 19, 2012

/s/
YASIN MOHAMMAD
AUSA

/s/
STEVEN L. CRAWFORD
Attorney for ORONDE JONES

In light of the above stipulation, IT IS HEREBY ORDERED that the July 9, 2012, sentencing hearing is VACATED and the sentencing of Oronde Jones is RESET to 10:00 a.m. on July 30, 2012.

IT IS SO ORDERED.

Dated: June 20, 2012

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to continue sentencing hearing
United States of America v. Oronde Jones
Page 2